UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISON

| | | |
|---|---|---|
| **CHRISTIAN HILL,** | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 24-626** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE JERRY EDWARDS** |
| **SPICY DAUGX OPERATORS LOUISIANA, LLC; BNR PRODUCTION PARTNERS OF LOUISIANA, LLC; XYZ INSURANCE CO.** | § | |
| | § | **MAGISTRATE JUDGE MARK HORNSBY** |
| *Defendants*. | § | |

## MOTION TO ENROLL

**NOW INTO COURT,** through undersigned counsel, come SPICY DAUGX OPERATORS LOUISIANA, LLC and BNR PRODUCTION PARTNERS OF LOUISIANA, LLC (collectively hereinafter "DEFENDANTS"), who respectfully move this Honorable Court to enroll Michelle D. Craig (Louisiana Bar Roll No. 28004) of Transcendent Law Group, LLC as counsel of record for DEFENDANTS, along with its existing counsel of record, Jana Ferguson of Ferguson Firm, PLLC (Texas Bar Roll No. 24002081).

Respectfully submitted,

  /s/ Michelle Craig
Michelle D. Craig, LSBA #28004
**Transcendent Law Group, LLC**
3726 Canal Street, Suite A
New Orleans, Louisiana 70119
P: (504) 459-4557
F: (504) 814-4502
mcraig@tlg.law

*COUNSEL FOR DEFENDANTS:*
*Spicy Daugx Operators Louisiana, LLC;*
*BNR Production Partners of Louisiana, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system. I also certify that a copy of the foregoing pleading has been furnished to all counsel of record and/or parties herein, by email, fax, or by depositing same in the United States mail, postage prepaid and properly addressed, this  30  day of  July  , 2024..

                        /s/ Michelle Craig