UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISON

| | | |
|---|---|---|
| **CHRISTIAN HILL,** § | | |
| *Plaintiff,* § | **CIVIL ACTION NO. 24-626** | |
| § | | |
| **VERSUS** § | | |
| § | **JUDGE JERRY EDWARDS** | |
| **SPICY DAUGX OPERATORS** § | | |
| **LOUISIANA, LLC; BNR PRODUCTION** § | | |
| **PARTNERS OF LOUISIANA, LLC;** § | **MAGISTRATE JUDGE MARK** | |
| **XYZ INSURANCE CO.** § | **HORNSBY** | |
| *Defendants.* | | |

**UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, come SPICY DAUGX OPERATORS LOUISIANA, LLC and BNR PRODUCTION PARTNERS OF LOUISIANA, LLC (collectively hereinafter "DEFENDANTS"), who respectfully move this Honorable Court for an extension of the deadline for filing responsive pleadings in this matter. In support thereof, DEFENDANTS state the following:

1. On May 13, 2024, Plaintiffs filed a Complaint against DEFENDANTS alleging multiple counts under the Fair Labor Standards Act, Title VII of the Civil Rights Act, the Louisiana Civil Code, Louisiana Employment Discrimination law, Louisiana Whistleblower law, and the Louisiana Wage Payment Act.

2. On June 7, 2024, General Counsel for DEFENDANTS, Jana Ferguson, received the Waiver of Service of Summons. The current filing deadline is August 6, 2024.

3. Undersigned counsel has recently been retained as outside local counsel in this matter. Due to the nature of the matter and the allegations made in the Complaint, undersigned counsel requires additional time to file an appropriate responsive pleading and/or motion directed to Plaintiff's Complaint.

4. By filing this Motion for Extension, DEFENDANTS do not waive any of their defenses, nor do they submit to jurisdiction or venue.

5. Moreover, undersigned counsel has communicated with opposing counsel to request an extension, and the parties have mutually agreed to extend the filing deadline for responsive pleadings to thirty days from the current deadline of August 6, 2024 to a new deadline of September 5, 2024 in order for undersigned counsel to evaluate Plaintiff's complaint and to file appropriate responsive pleadings.

6. This motion is not submitted for the purpose of unnecessary delay. Granting this motion will not prejudice any party, but denying the motion will prejudice DEFENDANTS.

7. DEFENDANTS certify that this Motion is their first extension of time to respond in this Court.

8. Counsel for all parties have conferred, and Plaintiff has no objection to DEFENDANTS' request for a thirty-day extension of time.

As such, undersigned counsel requests that this Court extend the filing deadline in this matter in order to permit sufficient time for undersigned counsel to prepare and file an Answer and any other pleadings in response to the allegations and relief requested in Plaintiff's Complaint.

**WHEREFORE**, DEFENDANTS respectfully request that this Honorable Court extend the filing deadline thirty days to September 5, 2024 in order to permit sufficient time for undersigned counsel to evaluate the allegations and relief requested in Plaintiff's Complaint and to file an Answer and any other responsive pleadings.

Respectfully submitted,

   /s/ Michelle Craig
Michelle D. Craig, LSBA #28004
**Transcendent Law Group, LLC**
3726 Canal Street, Suite A
New Orleans, Louisiana 70119
P: (504) 459-4557
F: (504) 814-4502
mcraig@tlg.law

*COUNSEL FOR DEFENDANTS*
*Spicy Daugx Operators Louisiana, LLC*
*BNR Production Partners of Louisiana, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system. I also certify that a copy of the foregoing pleading has been furnished to all counsel of record and/or parties herein, by email, fax, or by depositing same in the United States mail, postage prepaid and properly addressed, this  30  day of  July  , 2024.

   /s/ Michelle Craig