UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISON

| | | |
|---|---|---|
| **CHRISTIAN HILL,** *Plaintiff*, | § § | **CIVIL ACTION NO. 24-626** |
| **VERSUS** | § § | **JUDGE JERRY EDWARDS** |
| **SPICY DAUGX OPERATORS LOUISIANA, LLC; BNR PRODUCTION PARTNERS OF LOUISIANA, LLC; XYZ INSURANCE CO.** *Defendants*. | § § § | **MAGISTRATE JUDGE MARK HORNSBY** |

# ORDER

Considering the foregoing Motion to Enroll as Counsel of Record filed by Defendants, SPICY DAUGX OPERATORS LOUISIANA, LLC and BNR PRODUCTION PARTNERS OF LOUISIANA, LLC, accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motion to Enroll Michelle D. Craig as Counsel of Record be **GRANTED**.

Thus, done and signed, this __31st__ day of _____July_____ 2024, in Alexandria, LA.

_____
JUDGE JERRY EDWARDS
UNITED STATES DISTRICT JUDGE