**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISON**

| | | |
|---|---|---|
| **CHRISTIAN HILL,** | § | |
| *Plaintiff,* | § | **CIVIL ACTION NO. 24-626** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE JERRY EDWARDS** |
| **SPICY DAUGX OPERATORS** | § | |
| **LOUISIANA,LLC; BNR PRODUCTION** | § | |
| **PARTNERS OF LOUISIANA, LLC;** | § | **MAGISTRATE JUDGE MARK** |
| **XYZ INSURANCE CO.** | § | **HORNSBY** |
| *Defendants.* | | |

**ORDER**

Considering the foregoing Unopposed Motion for Extension to File Responsive Pleadings filed by Defendants, SPICY DAUGX OPERATORS LOUISIANA, LLC and BNR PRODUCTION PARTNERS OF LOUISIANA, LLC, and with good cause shown, accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension to File Responsive Pleadings be hereby **GRANTED**, and Defendants shall have an additional thirty (30) days until and through September 5, 2024 in order to file responsive pleadings in this matter.

Thus, done and signed, this 31st day of _____ July _____ 2024, in Alexandria, LA.

_____

JUDGE JERRY EDWARDS
UNITED STATES DISTRICT JUDGE

Copies to:

Hope Phelps; William Most
**Most & Associates**
*Counsel for Plaintiff*

Michelle D. Craig
**Transcendent Law Group, LLC**
*Counsel for Defendants*