## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISON

| | | |
|---|---|---|
| **CHRISTIAN HILL,** | § | |
| *Plaintiff,* | § | **CIVIL ACTION NO. 24-626** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE JERRY EDWARDS JR.** |
| **SPICY DAUGX OPERATORS** | § | |
| **LOUISIANA, LLC;** | § | |
| **BNR PRODUCTION PARTNERS, LLC;** | § | **MAGISTRATE JUDGE MARK L.** |
| **XYZ INSURANCE CO.** | § | **HORNSBY** |
| *Defendants.* | | |

## STATEMENT OF CORPORATE DISCLOSURE

Pursuant to Federal Rules of Civil Procedure 7.1, BNR PRODUCTION PARTNERS, LLC makes the following disclosures:

**1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

[X] Yes        [ ] No

There is no parent corporation or publicly held corporation owning 10% or more of its stock.

**2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

[ ] Yes        [X] No

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Respectfully submitted,

/s/ Michelle Craig
Michelle D. Craig, [LA #28004]
Transcendent Law Group, LLC
3726 Canal Street, Suite A
New Orleans, Louisiana 70119
P: (504) 459-4557
F: (504) 814-4502
mcraig@tlg.law

**AND**

The Ferguson Firm, PLLC
Jana M. Ferguson, [TX #24002081]
4849 Greenville Ave., Suites 100-106
Dallas, TX 75206
P: 214-507-8152
janaf@fcfirm.com

*COUNSEL FOR DEFENDANTS:*
*Spicy Daugx Operators Louisiana, LLC;*
*BNR Production Partners, LLC*