UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTIAN HILL | CIVIL ACTION NO. 24-cv-626 |
| VERSUS | JUDGE EDWARDS |
| SPICY DAUGX OPERATORS LOUISIANA LLC | MAGISTRATE JUDGE HORNSBY |

**ORDER**

**1. Scheduling Conference.** A telephone Scheduling Conference will be held on **October 30, 2024,** at **11:00 a.m.** Dial-in instructions will be emailed to all counsel of record.

**2. Rule 26 Meeting**. By **October 16, 2024,** the Trial Attorneys for each party shall meet, in person or by telephone, to develop a Case Management Report ("CMR") and discuss the issues listed in F.R.C.P. 26(f). A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. F.R.C.P. 26(d).

**3. Case Management Report & Initial Disclosures.** By **October 23, 2024,** the parties must (1) file the CMR in the format available on www.lawd.uscourts.gov and (2) exchange the initial disclosures required by F.R.C.P. 26(a)(1). A paper courtesy copy of the CMR must be mailed or hand delivered to my chambers at 300 Fannin Street, Suite 4300, Shreveport, LA 71101. Do not fax or email anything to chambers without prior authorization of the undersigned.

**4. Responsibility of Trial Attorney.** The Trial Attorney for each party shall participate in the Scheduling Conference. If the Trial Attorney is unable to participate at the scheduled time, he or she is directed to contact the undersigned immediately to reschedule the conference.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of September, 2024.

Mark L. Hornsby
U.S. Magistrate Judge