**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISON**

| | | |
|---|---|---|
| **CHRISTIAN HILL,** § | | |
|     *Plaintiff*, | § | **CIVIL ACTION NO. 24-626** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE JERRY EDWARDS** |
| **SPICY DAUGX OPERATORS** | | |
| **LOUISIANA, LLC;** | § | |
| **BNR PRODUCTION PARTNERS, LLC;** | § | **MAGISTRATE JUDGE MARK** |
| **XYZ INSURANCE CO.** | § | **HORNSBY** |
|     *Defendants*. | | |

**EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes Michelle D. Craig ("Ms. Craig") and/or Transcendent Law Group, LLC who requests to withdraw as counsel of record for Defendants, SPICY DAUGX OPERATORS LOUISIANA, LLC and BNR PRODUCTION PARTNERS, LLC (collectively hereinafter "Defendants"), for the following reasons:

1.

Ms. Craig and Transcendent Law Group are counsel of record for Defendants and seek to withdraw as counsel of record for Defendants.

2.

Ms. Craig avers, in accordance with Local Rule 83.2.11, that the last street and mailing address of Defendant Spicy Daugx Operators Louisiana, LLC is 7415 Belcher Oil City Road, Belcher, LA 71004; and the last street and mailing address of Defendant BNR Production Partners, LLC is 7415 Belcher Oil City Road, Belcher, LA 71004. At this time, we are unable to obtain signatures from Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC to approve the request for withdrawal.

3.

Ms. Craig avers that this Motion to Withdraw will not result in Defendants as pro se parties. General Counsel for Defendants Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC, is Jana Ferguson ("Ms. Ferguson"), of Ferguson Firm PLLC. Ms. Ferguson filed a waiver of service into the record after this matter commenced before this Court, and she will be notified of this Ex Parte Motion to Withdraw. Ms. Craig understands that Defendants' General Counsel has stated her intent to file a Motion to Appear Pro Hac Vice.

4.

At this time, a scheduling order is in effect under the order of Magistrate Hornsby, and a Scheduling Conference will be held with the Court on October 30, 2024. The parties are directed to have a Rule 26 conference on or before October 16, 2024. The parties also recently participated in a conference in this matter.

5.

Furthermore, Plaintiff's counsel has previously communicated and is currently communicating with Defendants' General Counsel regarding the above-captioned matter. Plaintiff's counsel has propounded discovery, which Defendants' General Counsel has indicated she will answer.

6.

Ms. Craig confirms that, along with this motion, Ms. Ferguson has been notified of all deadlines and pending court appearances in the above-captioned matter.

WHEREFORE, Michelle D. Craig and Transcendent Law Group, LLC, respectfully pray for an Order permitting them to withdraw as counsel of record for Defendants.

Respectfully submitted,

  /s/ Michelle Craig
Michelle D. Craig, LSBA #28004
**Transcendent Law Group, LLC**
3726 Canal Street, Suite A
New Orleans, Louisiana 70119
P: (504) 459-4557
F: (504) 814-4502
mcraig@tlg.law

*COUNSEL FOR DEFENDANTS:*
*Spicy Daugx Operators Louisiana, LLC;*
*BNR Production Partners, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system. I also certify that a copy of the foregoing pleading has been furnished to all counsel of record and/or parties herein, by email, fax, or by depositing same in the United States mail, postage prepaid and properly addressed, this 2nd day of October, 2024.

  /s/ Michelle Craig