UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISON

| | |
|---|---|
| **CHRISTIAN HILL,** § | |
| *Plaintiff*, § | **CIVIL ACTION NO. 24-cv-626** |
| § | |
| **VERSUS** § | |
| § | **JUDGE JERRY EDWARDS** |
| **SPICY DAUGX OPERATORS** | |
| **LOUISIANA,LLC; BNR PRODUCTION** § | |
| **PARTNERS OF LOUISIANA, LLC;** | **MAGISTRATE JUDGE MARK** |
| **XYZ INSURANCE CO.** § | **HORNSBY** |
| *Defendants*. | |

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record, accordingly:

**IT IS HEREBY ORDERED** that Michelle D. Craig and Transcendent Law Group, LLC be and are hereby permitted to withdraw as counsel of record for Defendants Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC.

**IT IS HEREBY ORDERED** that the Clerk of Court remove Michelle D. Craig and Transcendent Law Group, LLC as counsel of record for Defendants Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC in the above-captioned case.

Thus, done and signed, this _____ day of _____ 2024, in Shreveport, LA.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE