UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTIAN HILL | CIVIL ACTION NO. 24-cv-626 |
| VERSUS | JUDGE EDWARDS |
| SPICY DAUGX OPERATORS LOUISIANA LLC | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

The **Motion to Withdraw (Doc. 14)** is **granted**, and the Clerk of Court is directed to remove Michelle D. Craig and Transcendent Law Group, LLC as counsel of record for Defendants Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC.

Organizations such as corporations or limited liability companies cannot appear pro se. Furthermore, an officer, director, manager or employee of an organization generally cannot appear in a representative capacity in legal proceedings for that organization. Memon v. Allied Domecq QSR, 385 F.3d 871, 873 (5th Cir. 2004); Southwest Express Co. v. Interstate Commerce Commission, 670 F.2d 53, 55 (5th Cir. 1982). Thus, it is essential that an organization such as an LLC have counsel.

Accordingly, Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC must enroll new counsel by **October 23, 2024**. If they fail to enroll new counsel by the deadline, their answer (Doc. 10) may be stricken from the record, and a default entered against them. That may lead to the entry of a default judgment.

The motion to withdraw indicates that general counsel Jana Ferguson has stated her intent to file a Motion to Appear Pro Hac Vice. Any such motion must comply with the

local counsel and other requirements of Local Rule 83.2.6. A form motion can be found on the court's website.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of October, 2024.

Mark L. Hornsby
U.S. Magistrate Judge