*(Rev. 3/15/2023)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| Christian Hill<br>Plaintiff | Civil No.   24-cv-626 |
| VS.<br>Spicy Daugx Operators Louisiana, LLC, et al.<br>Defendant | Magistrate Judge Hornsby<br><br>BY CONSENT OF THE PARTIES |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on <u>August 14, 2024</u>  ☒ by telephone or ☐ in person.  The following persons participated: [List all parties and their counsel, if any.]

Hope Phelps, Counsel for Plaintiff Christian Hill
Michelle Craig, Former Counsel for Defendants Spicy Daugx Operators Louisiana, LLC and BNR Production Partners, LLC

Current counsel for Defendants, Leland G. Horton, is relying on Plaintiff for the date listed as he has not seen the prior attorney's notes on that call.

1. **Nature of Plaintiff's Claim:** *(Identify the basic nature of Plaintiff's primary claim.  For example, "employment discrimination (sex)," "personal injury (slip and fall)," "civil rights (excessive force)," "copyright infringement (software)" or "breach of contract (oil and gas)."  Do <u>not</u> summarize or restate the allegations of the complaint.*

    **Plaintiff Christian Hill sues his former employer for employment discrimination (race) and retaliation.**

2. **Bench or Jury Trial:** *(Has any party demanded a trial by jury?  If so, identify the pleading containing the jury demand.)*

    **Yes, Plaintiff requested a jury in his complaint. R. Doc. 1.**

3. **Initial Disclosures:** *(Have the parties exchanged initial disclosures?  If not, explain.)*

    **Plaintiff will submit Initial Disclosures today, October 23, 2024.**

**The Defendants request additional time for initial disclosures and initial discovery responses due to the change in counsel and other timing-related issues, including a possible Motion to Dismiss to be filed by BNR as described below.**

4. **Jurisdiction:** *(Does any party challenge the court's subject matter jurisdiction over this case? If so, briefly explain the basis for the challenge.)*

   **Plaintiff does not challenge jurisdiction.**

5. **Joinder of Parties and Amendment of Pleadings:**

   A. *Does any party anticipate seeking leave to amend a pleading or add a party?*

   Plaintiff does not at this time.

   B. *If so, describe briefly the anticipated amendments and identify any potential new parties and the nature of the claim against them.*

   C. *State a proposed deadline for all amendments. If any party requests a deadline that is more than 30 days after the date of the scheduling conference, provide a detailed explanation.*

6. **Discovery Issues:** *(Absent stipulation or leave of court, the court will enforce the limitations on discovery in the F.R.C.P., including no more than 10 depositions per side [Rule 30(a)(2)]; each deposition is limited to one day of seven hours [Rule 30(d)(2)]; and no more than 25 interrogatories per party [Rule 33(a)]. With those rules, and the issues identified in F.R.C.P. 26(f)(1)-(4), in mind:)*

   A. *Each party shall briefly describe (i) any discovery disputes the party anticipates may arise and (ii) any relief the party requests from the court in connection with the discovery issues.*

   The parties have been engaging in written discovery. There are no current discovery disputes that require the intervention of the Court.

   B. *State a proposed deadline for completion of all discovery. If any party requests a deadline that is more than 5 months after the date of the scheduling conference, provide a detailed explanation.*

   April 24, 2025. Plaintiff Christian Hill requests a date more than 5 months after the date of the scheduling conference because he is currently serving in the National Guard.

Page **2** of **3**

7. **Motion Practice:**

   A. *Identify all pending motions.*

   None currently pending.

   B. *Does either party anticipate filing a case dispositive motion? If so, (i) identify the proposed motion and (ii) state a proposed deadline for dispositive motions.*

   BNR anticipates filing a Motion to Dismiss based on a lack of any allegations that BNR is properly identified as a defendant or has any liability to the Plaintiff. BNR will evaluate additional motions as discovery and its investigation of the facts proceeds. Based on the other delays requested above, the Defendants suggest that any dispositive motions be filed on or before May 10, 2024 – shortly after the close of fact discovery. The anticipated Motion to Dismiss will be filed much sooner.

8. **Alternative Dispute Resolution:** *(In accordance with Local Rule 16.3.1 and 28 U.S.C. ' 652, the parties must consider the use of alternative dispute resolution (ADR). State the position of the parties on whether this case is amenable to ADR and, if so, what form of ADR is considered most appropriate.*

   **Plaintiff would be open to mediation or another form of ADR.**

9. **Related Cases:** *(Is this case related to another case pending in the Western District of Louisiana? If yes, give the name, docket number and a brief description of the other case.*

   **No.**

10. **Trial by Magistrate Judge:** *(Do all parties consent to trial before the assigned magistrate judge? If yes, lead counsel for each party should sign the consent form found at http://www.uscourts.gov/sites/default/files/ao085.pdf and return to the Clerk of Court for processing prior to the scheduling conference.)*

    ☐ YES    ☒ NO

| /s/ **Hope Phelps** | /s/ **Leland G. Horton** |
|---|---|
| Signature of Attorney for Plaintiff or *Pro Se* Plaintiff | Signature of Attorney for Defendant or *Pro Se* Defendant |

| | | | |
|---|---|---|---|
| Name: | Hope Phelps | Name: | Leland G. Horton |
| Firm: | Most & Associates | Firm: | Bradley Murchison |
| Address: | 201 St. Charles Ave., Ste. 2500, #9685 | Address: | 401 Edwards St Ste 1000 |
| | New Orleans, LA 70170 | | Shreveport, LA 71101-5529 |
| Telephone: | 504-500-7974 | Telephone: | 318-227-1131 |

Page **3** of **3**