**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CHRISTIAN HILL** | **CASE NO. 5:24-CV-00626** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SPICY DAUGX OPERATORS LOUISIANA LLC** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF MOTION SETTING

The Motion Sanctions (Document No. 34) filed by Christian Hill on April 16, 2025 has been referred to U. S. Magistrate Judge Mark L. Hornsby. A written ruling or recommendation will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within 14 days from the date of this notice. The movant may file a reply memorandum, without leave of court, within 7 days after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda.

### No Oral Argument

Motions are decided on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Chambers Copy Required

A paper copy of the motion, opposition, and reply brief must be provided to chambers promptly after filing. Mail to Magistrate Judge Mark L. Hornsby at the Tom Stagg United States Court House 300 Fannin St., Suite 4300, Shreveport, LA 71101.

**DATE OF NOTICE: April 16, 2025**

                                        Daniel J. McCoy
                                        Clerk of Court