**From:** Jana Ferguson <janaf@fcfirm.com>
**Sent:** Monday, January 13, 2025 4:22:35 PM
**To:** Hope Phelps <hopeaphelps@outlook.com>
**Cc:** scott christiansen <scott@crcounsel.com>; Leland G. Horton <lhorton@bradleyfirm.com>
**Subject:** Hill v. Spicy Daugx et al. Discovery Responses

Good evening, Hope,

Please see the attached documents for the above-referenced:

1. Spicy Daugx's Responses to Plaintiff's First Set of Discovery Responses;
2. Spicy Daugx's Verification;
3. BNR's Responses to Plaintiff's First Set of Discovery Responses;
4. BNR's Verification.

The Responsive Documents will be sent to you later today via a separate link.

I hope you have a great evening.

Best regards,
Jana



**Jana M. Ferguson**
Managing Member,
THE FERGUSON FIRM

Phone: 214-507-8152
Email: janaf@fcfirm.com

4849 Greenville Avenue
Suite 100-106

1

Dallas, TX 75206
www.fcfirm.com

**Confidentiality Statement:** The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying or use of or reliance upon such information to or by anyone other than the recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy every copy of this message.

**CAUTION: EXTERNAL EMAIL -** This email originated from outside of Bradley Murchison Kelly & Shea. Do not click links or open attachments unless you recognize the sender & know the content is safe.